ZENIA K. GILG, SBN 171922
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Telephone: 415/394-3800
Facsimile: 415/394-3806

Attorney for Defendant
BRIAN PICKARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

BRIAN PICKARD,

          Defendant.

_____/

No. 2:11-cr-00449-KJM-16

STIPULATION TO EXTEND TIME
FOR POSTING PROPERTY BOND
BY TWO ADDITIONAL WEEKS
TO NOVEMBER 30, 2011

Court: Hon. Dale A. Drozd

    IT IS HEREBY STIPULATED between the parties that the time for defendant BRIAN

PICKARD to post the property bond with this Court in order to secure his pretrial release shall

be extended by two weeks from November 16, 2011, to November 30, 2011.

    IT IS SO STIPULATED.

                                 BENJAMIN B. WAGNER
                                 United States Attorney

/S/ZENIA K. GILG              By:   /S/SAMUEL WONG
ZENIA K. GILG                        SAMUEL WONG
Attorneys for Defendant           Assistant U.S. Attorney
BRIAN PICKARD                 Dated: November 14, 2011
Dated: November 14, 2011

**ORDER**

**IT IS SO ORDERED.**

DATED: November 14, 2011.

_____

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

ddad1:crim
pickard0449.stipord.extbond.wpd