ZENIA K. GILG, SBN 171922
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Telephone: 415/394-3800
Facsimile: 415/394-3806

Attorney for Defendant
BRIAN PICKARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-00449-KJM-16 |
| Plaintiff, | STIPULATION TO EXTEND TIME FOR POSTING PROPERTY BOND BY TWO ADDITIONAL WEEKS TO DECEMBER 14, 2011 |
| v. | |
| BRIAN PICKARD, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the time for defendant BRIAN PICKARD to post the property bond with this Court in order to secure his pretrial release shall be extended by two weeks from November 30, 2011, to December 14, 2011.

IT IS SO STIPULATED.

                                              BENJAMIN B. WAGNER
                                              United States Attorney

/S/ZENIA K. GILG             By:    /S/SAMUEL WONG
ZENIA K. GILG                              SAMUEL WONG
Attorneys for Defendant               Assistant U.S. Attorney
BRIAN PICKARD                        Dated: November 29, 2011
Dated: November 29, 2011

**ORDER**

**IT IS SO ORDERED.**

Dated: December 1, 2011

                                            /s/ Gregory G. Hollows
                                            UNITED STATES MAGISTRATE JUDGE