ZENIA K. GILG, SBN 171922
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Telephone: 415/394-3800
Facsimile: 415/394-3806

Attorney for Defendant
BRIAN PICKARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-00449-KJM-16 |
| Plaintiff, | STIPULATION TO EXTEND TIME FOR POSTING PROPERTY BOND TO JANUARY 11, 2012 |
| v. | |
| BRIAN PICKARD, | Court: Hon. Kendall J. Newman |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the time for defendant BRIAN PICKARD to post the property bond with this Court in order to secure his pretrial release shall be extended from December 14, 2011, to January 11, 2012.

IT IS SO STIPULATED.

                                      BENJAMIN B. WAGNER
                                      United States Attorney

/S/ZENIA K. GILG            By:    /S/SAMUEL WONG
ZENIA K. GILG                           SAMUEL WONG
Attorneys for Defendant             Assistant U.S. Attorney
BRIAN PICKARD                      Dated: December 14, 2011
Dated: December 14, 2011

**ORDER**

**IT IS SO ORDERED.**

Dated: December 14, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE