ZENIA K. GILG, SBN 171922
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Telephone: 415/394-3800
Facsimile: 415/394-3806

Attorney for Defendant
BRIAN PICKARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-00449-KJM-16 |
| Plaintiff, | STIPULATION TO EXTEND TIME FOR POSTING PROPERTY BOND TO FEBRUARY 22, 2012 |
| v. | |
| BRIAN PICKARD, | Court: Hon. Kendall J. Newman |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the time for defendant BRIAN PICKARD to post the property bond with this Court in order to secure his pretrial release shall be extended to February 22, 2012.

IT IS SO STIPULATED.

                                                         BENJAMIN B. WAGNER
                                                         United States Attorney

/S/ZENIA K. GILG                 By:    /S/SAMUEL WONG
ZENIA K. GILG                                 SAMUEL WONG
Attorneys for Defendant                Assistant U.S. Attorney
BRIAN PICKARD                          Dated: January 31, 2012
Dated: January 31, 2012

**ORDER**

**IT IS SO ORDERED.**
Dated: January 31, 2012

                                                                                    KENDALL J. NEWMAN
                                                                                     UNITED STATES MAGISTRATE JUDGE