ZENIA K. GILG, SBN 171922
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Telephone: 415/394-3800
Facsimile: 415/394-3806

Attorney for Defendant
BRIAN PICKARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-00449-KJM-16 |
| Plaintiff, | STIPULATION TO EXTEND TIME FOR POSTING PROPERTY BOND TO MARCH 14, 2012 |
| v. | |
| BRIAN PICKARD, | Court: Hon. Kendall J. Newman |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the time for defendant BRIAN PICKARD to post the property bond with this Court in order to secure his pretrial release shall be extended to March 14, 2012.

IT IS SO STIPULATED.

                                                   BENJAMIN B. WAGNER
                                                   United States Attorney

/S/ZENIA K. GILG            By:    /S/SAMUEL WONG
ZENIA K. GILG                         SAMUEL WONG
Attorneys for Defendant          Assistant U.S. Attorney
BRIAN PICKARD                    Dated: February 23, 2012
Dated: February 23, 2012

**ORDER**

**IT IS SO ORDERED.**

Dated: February 24, 2012

                                            /s/ Kendall J. Newman
                                            KENDALL J. NEWMAN
                                            United States Magistrate Judge