UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

             Plaintiff,

    v.

HOMERO LOPEZ-BARRON,

             Defendant.

_____/

NO. CR. S-11-00449 KJM

ORDER

On December 20, 2011, the court adopted the parties' stipulation and ordered this matter referred to the Federal Bureau of Prisons for a psychiatric or psychological examination. The stipulation referenced an evaluation of defendant conducted in December 2011 by Dr. Jeffrey Miller. Dr. Miller tested defendant for mental retardation, and diagnosed him with mild mental retardation. *See* ECF 73. Based on the court's order, the Bureau of Prisons arranged for clinical psychologist Dr. Gordon Zilberman to conduct a competency evaluation to determine whether the defendant is competent to stand trial, as provided by 18 U.S.C. § 4241(b). ECF 136 (sealed).

Dr. Zilberman examined the defendant and produced a report to the court. That report has been filed under seal. It complies with the requirements of 18 U.S.C. § 4247(c), and concludes that defendant is competent to stand trial, subject to periodic confirmation of his understanding of the judicial process. *See* ECF 137 (sealed).

On June 6, 2012, the parties appeared before the court for a competency hearing. Defendant was present in custody with his defense counsel, Christopher Hadyn-Myer; defendant was assisted by Mauri Fitzgibbon, certified Spanish language interpreter.  Assistant United States Attorney Michael Anderson was present for the government.  The parties submitted on Dr. Zilberman's report, without oral argument.

The court has read and carefully considered Dr. Zilberman's report. The court finds that the defendant is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense. Accordingly, the defendant is competent to stand trial.

DATED:  June 12, 2012.

_____
UNITED STATES DISTRICT JUDGE