UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>  v.<br><br>BRYAN R. SCHWEDER,<br>BRIAN JUSTIN PICKARD,<br>JUAN MADRIGAL OLIVERA,<br>MANUAL MADRIGAL OLIVERA,<br>FRED W. HOLMES, III,<br>EFREN RODRIGUEZ,<br>PAUL BRUCE ROCKWELL,<br>HOMERO LOPEZ-BARRON<br>VICTORINO BETANCOURT-MERAZ,<br>OSEAS CARDENAS-TOLENTINO,<br>FERNANDO REYES-MOJICA,<br>JUAN CISNEROS-VARGAS,<br>LEONARDO TAPIA,<br>FILBERTO ESPINOZA-TAPIA<br>OSIEL VALENCIA-ALVAREZ<br><br>    Defendants.<br>_____/ | 2:11-CR-00449-KJM<br><br><br>ORDER ALLOWING DEFENDANT BRIAN PICKARD TO FILE AN OVERSIZED BRIEF IN SUPPORT OF MOTION TO DISMISS INDICTMENT AS VIOLATIVE OF THE UNITED STATES CONSTITUTION (AMENDMENT V, AND ARTICLE VI/AMENDMENT X) |

GOOD CAUSE appearing, defendant, BRIAN PICKARD, is permitted to file a Memorandum of Points and Authorities in support of his Motion to Dismiss the Indictment as Violative of the United States Constitution consisting of 34 pages.

Dated: November 21, 2013.

_____
UNITED STATES DISTRICT JUDGE