```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
                 BEFORE THE HONORABLE KIMBERLY J. MUELLER
```

UNITED STATES OF AMERICA,     No. 2:11-cr-00449-KJM

      Plaintiff,

   v.                         **MINUTES**

BRIAN JUSTIN PICKARD,         Date: October 30, 2014

et al.,                       Deputy Clerk: A. Waldrop (Relief)
      Defendants.
                              Court Reporter: Kimberly Bennett
_____/

**Plaintiff's Counsel:** Gregory Broderick, Assistant U.S. Attorney

**Defense Counsel:**   Dina Santos, Clemente Jimenez, Michael Long, Hayes Gable, and Zenia Gilg. Hayes Gable standing in for John Duree, John Manning, Michael Hansen and William Bonham (William Bonham present for hearing after morning recess)

**Interpreters**: Maria Munoz and Carol Meredith

**EVIDENTIARY HEARING (Day 5):**

9:00 a.m.   All parties present. Defendants, Fred Holmes and Leonard Tapia, not present in light of waivers on file. Defendant, Brian Pickard, present out of custody. Defendants, Bryan Schweder, Paul Rockwell, Juan Olivera, Manual Olivera, Effren Rodriguez, and Rafael Camacho-Reyes, present in custody. Defendants, Juan Olivera, Manuel Olivera, and Rafael Camacho-Reyes, used the services of the Spanish language interpreters.

9:05 a.m.   Cross examination of the government's witness, Bertha Madras, M.D., continued.

10:30 a.m.  Parties excused for morning break.

10:45 a.m.  Cross examination continued.

11:00 a.m.  Redirect examination began.

11:45 a.m.    Recross examination began.

12:00 p.m.    Re-Redirect examination began.

12:05 p.m.    Witness excused. Court ordered a stipulated list of exhibits to be filed by 11/7/2014. If parties cannot file a stipulation than separate lists of exhibits and objections to be filed by 11/7/2014. Joint Statement that addresses all other issues to be filed by 11/7/2014.  Status set for 11/19/2014 at 9:00 AM before Judge Mueller. Minute Order to issue. Time continues to be excluded under Local Code E.

12:06 p.m.    Court adjourned.

**ADMITTED EXHIBITS:**


**TIME IN COURT:**   2 Hours, 50 Minutes