JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
PAUL ROCKWELL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-11-449-KJM |
| Plaintiff, | MEMORANDUM |
| v. | |
| PAUL ROCKWELL, | |
| Defendant. | |

MEMORANDUM TO CALENDAR MATTER FOR CHANGE OF PLEA

Defendant, PAUL ROCKWELL, hereby requests to calendar this matter for a change of plea hearing on August 12, 2015, at 9:00 a.m.  Richard Bender, Assistant United States Attorney, has been informed of this request and has no objection to the matter being calendared as requested.

Dated:  August 10, 2015                                  /s/  John R. Manning
                                                          JOHN R. MANNING
                                                          Attorney for Defendant
                                                          Paul Rockwell

1